NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DONALD K. FOGAL,**
*Petitioner,*

v.

**DEPARTMENT OF THE NAVY,**
*Respondent.*

---

2011-3040

---

Petition for review of the Merit Systems Protection Board in case no. DC0752100841-I-1.

---

## ON MOTION

---

## ORDER

Donald K. Fogal moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied. The docketing fee must be paid within 21 days from the date of filing of this order.

                                        FOR THE COURT

DEC 2 8 2010
_____                         /s/ Jan Horbaly
      Date                              Jan Horbaly
                                        Clerk

cc:  Donald K. Fogal
     Scott T. Palmer, Esq.
                                             FILED
s20                                   U.S. COURT OF APPEALS FOR
                                         THE FEDERAL CIRCUIT

                                          DEC 2 8 2010

                                           JAN HORBALY
                                              CLERK